1

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VICKIE JEAN LILLARD,                    )        Case No. CV 10-6856-MLG
                                        )
            Plaintiff,                  )        JUDGMENT
                                        )
      v.                                )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of the                     )
Social Security Administration,         )
                                        )
            Defendant.                  )
_____)

      **IT IS ADJUDGED** that this action is remanded to Defendant for
further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
and consistent with the accompanying Memorandum Opinion and Order.


DATED: April 7, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge