Andrew T.  Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. (805) 653-7937
FAX: (805) 653-7225
Email:  andrewtkoenig@hotmail.com

Attorney for Plaintiff Vickie Jean Lillard

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VICKIE JEAN LILLARD,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | CASE NO. CV-10-06856-MLG<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of FOUR-THOUSAND  DOLLARS AND NO CENTS

($4,000.00),  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

Stipulation.


        Dated: August 29, 2011

                                MARC L. GOLDMAN
                                _____
                                Marc L. Goldman
                                UNITED STATES MAGISTRATE JUDGE

1